1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINGS RIVER PACKING LP, et al., | Case No.: 1:25-cv-00022 JLT SKO |
| Plaintiffs, | ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT WITH REDUCTION IN COSTS |
| v. | |
| WKS AG CONSULTANTS INC. doing business as Top Shelf Produce Sales, et al., | (Docs. 36, 38) |
| Defendants. | |

Kings River Packing LP, Silver Canyon Sales, Inc., Mountain Fruit Sales Inc., and Kingsburg Orchards (collectively, "Plaintiffs") assert that they sold and shipped produce in interstate commerce to Defendants WKS AG Consultants doing business as Top Shelf Produce Sales and William Slattery (collectively, "Defendants"), which failed to pay for the produce. Plaintiffs seek to hold Defendants liable for violations of the Perishable Agricultural Commodity Act, 7 U.S.C. § 499a *et seq*., federal common law, and applicable state law. (*See generally* Doc. 20.)

Although Defendants were properly served with the summons, original complaint, and the amended complaint (*see* Docs. 9, 10, 28, 29), they failed to respond to the operative complaint within the time prescribed by the Federal Rules of Civil Procedure. Upon application of Plaintiffs, default was entered against Defendants on May 12, 2025. (Docs. 31–32.) On September 10, 2025, Plaintiffs filed a motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2). (Doc. 36.) Defendants neither

appeared nor opposed the motion.

On October 9, 2025, the assigned Magistrate Judge issued findings and recommendations, in which she recommended that the Court grant the motion for default judgment with a reduction in the costs requested by Plaintiffs.  (Doc. 38 at 14–17.)  The magistrate judge also recommended that (1) judgment be entered against against Defendant WKS AG Consultants doing business as Top Shelf Produce Sales on Count I of the First Amended Complaint; against Defendant William Slattery on Count IV of the First Amended Complaint; and against Defendants WKS AG Consultants doing business as Top Shelf Produce Sales and William Slattery, jointly and severally, on Count II of the First Amended Complaint; (2) Plaintiff Kings River Packing LP be awarded the amount of $556,480.18, comprising a principal balance in the amount of $425,680.35; $113,229.47 in prejudgment interest; and $17,570.36 in attorney's fees; (3) Plaintiff Silver Canyon Sales, Inc. be awarded the amount of $158,279.93, comprising a principal balance of $138,557.45; and $19,722.48 in prejudgment interest; (4) Plaintiff Mountain Fruit Sales Inc. be awarded the amount of $66,290.02, comprising a principal balance of $59,006.95; and $7,283.07 in prejudgment interest; (5) Plaintiff Kingsburg Orchards be awarded the amount of $232,231.85, comprising a principal balance of $185,906.50; $43,012.28 in prejudgment interest; and $3,313.07 in attorney's fees; (6) Plaintiffs be awarded post judgment interest under 28 U.S.C. § 1961 and $1,702.05 in costs; and (7) Count III of the First Amended Complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  (Doc. 38 at 16–17.)

The findings and recommendations contained notice that any objections were to be filed within 14 days after service.  (*See id*. at 17.)  More than 14 days have passed and no objections to the findings and recommendations have been filed.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case.  Having carefully reviewed the matter, the Court finds the findings and recommendations are supported by the record and proper analysis.  Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed October 9, 2025 (Doc. 38) are **ADOPTED IN FULL**.

2. Plaintiffs' motion for default judgment against Defendants WKS AG Consultants doing

business as Top Shelf Produce Sales and William Slattery (Doc. 36) is **GRANTED** as to Counts I, II, and IV of the First Amended Complaint.

3.     The Clerk of Court shall enter **JUDGMENT** against Defendant WKS AG Consultants doing business as Top Shelf Produce Sales on Count I of the First Amended Complaint; against Defendant William Slattery on Count IV of the First Amended Complaint; and against Defendants WKS AG Consultants doing business as Top Shelf Produce Sales and William Slattery, jointly and severally, on Count II of the First Amended Complaint, in the following amounts:

a.     To Plaintiff Kings River Packing LP: $556,480.18, comprising a principal balance in the amount of $425,680.35; $113,229.47 in prejudgment interest; and $17,570.36 in attorney's fees;

b.     To Plaintiff Silver Canyon Sales, Inc.: $158,279.93, comprising a principal balance of $138,557.45; and $19,722.48 in prejudgment interest;

c.     To Plaintiff Mountain Fruit Sales Inc.: $66,290.02, comprising a principal balance of $59,006.95; and $7,283.07 in prejudgment interest;

d.     To Plaintiff Kingsburg Orchards: $232,231.85, comprising a principal balance of $185,906.50; $43,012.28 in prejudgment interest; and $3,313.07 in attorney's fees; and

e.     To all Plaintiffs: Post judgment interest under 28 U.S.C. § 1961 and $1,702.05 in costs.

4.     Count III of the First Amended Complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(2); and

5.     This matter shall remain **OPEN** and is referred back to the assigned magistrate judge for further proceedings on the Intervening Plaintiff's complaint against Defendants (Doc. 25).

IT IS SO ORDERED.

Dated:   **November 8, 2025**

UNITED STATES DISTRICT JUDGE