# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGS RIVER PACKING LP, et al., | Case No. 1:25-cv-00022-JLT-SKO |
| Plaintiffs, | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | (Doc. 50) |
| WKS AG CONSULTANTS INC., et al., | |
| Defendants. | |

On January 8, 2026, Intervenor Plaintiff Trinity Fruit Company filed a "Notice for Voluntary Dismissal," notifying the Court that their intervenor's complaint is voluntarily dismissed without prejudice. (Doc. 50). Intervenor Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Intervenor Plaintiff Trinity Fruit Company has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to terminate Intervenor Plaintiff Trinity Fruit Company and close the case.

IT IS SO ORDERED.

Dated: **January 9, 2026**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE